IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. 09-30014-WDS |
| vs. | ) | |
| | ) | |
| RAYFORD RODGERS, | ) | |
| | ) | |
| Defendant. | ) | |

## PRELIMINARY ORDER FOR FORFEITURE PURSUANT TO FED.R.CRIM.P. 32.2 WITH RESPECT TO CERTAIN PROPERTY OF RAYFORD RODGERS

In the Indictment filed in the above cause on March 3, 2009, the United States sought forfeiture of property of Defendant, Rayford Rodgers, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). The Court, based upon the guilty plea entered in this cause, hereby finds that the following property is forfeitable:

**One FMJ, model DD DD.45 caliber derringer, bearing serial number C0054101;**

**One Smith & Wesson .38 Special revolver, bearing serial number 91160;**

**One Rossi .38 caliber revolver, bearing serial number 91056;**

**One Glock, .45 caliber, semiautomatic pistol, bearing serial number BRR632US;**

**One Glock .45 caliber, semiautomatic pistol, bearing serial number CGD224US; and**

**Any and all ammunition and ammunition magazines**.

The United States shall, under the authority of 21 U.S.C. § 853(n)(1) to " publish notice of the order and of its intent to dispose of the property in such matter as the Attorney General may direct," provide notice of the forfeiture and the right of persons other than the defendant who have any claim or legal interest in any of the property to file a petition with the Court. Said notice shall be provided in a manner consisted with Supplemental Rule G(4)(a) of the Supplemental Rules for Admiralty or

Maritime Claims and Asset Forfeiture Actions.

The notice shall state that the petition shall be set for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's claim and the release.

The United States may, also to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order for Forfeiture, as the substitute for the published notice to those persons so notified.

Upon the filing a petition alleging the third-party interests in the property, the court may amend this order to resolve the claimed third-party interests.

The Bureau of Alcohol, Tobacco, Firearms and Explosives or the United States Marshal shall seize and reduce to his possession, if he has not already done so, the property described herein.

This Order, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, shall become final with respect to Defendant Rayford Rodgers at the time of the Defendant's sentencing, regardless of whether or not the rights of actual or potential third-party petitioners have been determined by that time. This Order shall be made part of the sentence of Defendant Rayford Rodgers and shall be included in the Judgment imposed against said Defendant. Although this Order is a final order with respect to said Defendant, this Order may be later amended with respect to petitions filed by third-parties claiming an interest in the subject-matter forfeited property.

The United States may abandon forfeiture of the any of the above-listed property by filing notice of same with the Court.

**IT IS SO ORDERED.**

**DATED: September 14, 2009.**

                                        **s/ WILLIAM D. STIEHL**
                                            **DISTRICT JUDGE**